**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL CEBALLOS-GUZMAN | ) |
|  | ) Civ. No.  07-1084GT |
| Petitioner, | ) Cr. No.   06-1968GT |
|  | ) |
| v. | ) **ORDER** |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Respondent. | ) |

On June 13, 2007, Petitiner, Victor Manuel Ceballos-Guzman ("Mr. Ceballos"), filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. Mr. Ceballos makes several "objections to the revocation of supervised release." However, Mr. Ceballos is not presently in custody due to the revocation of his supervised release. He is in custody for the term of imprisonment originally imposed as his sentence. In short, Mr. Ceballos has not stated a claim for which relief can be granted. Accordingly,

//

//

1  **IT IS ORDERED** that Mr. Ceballos' Motion to Vacate, Set Aside or Correct Sentence is
2  **DENIED.**

Oct. 9, 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter